Jacob Engelkens, plaintiff in error, v. Katie Engelkens, defendant in error.   Gen. No. 8,045.

Opinion filed September 24, 1929.

A. M. Blodgett, for plaintiff in error. Van Sant & Besse, for defendant in error; Lloyd H. Brown, of counsel.

Mr. Justice Jett delivered the opinion of the court.